

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00274-CR

**PATRICK DEMON STEWART,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. 14-153-CR

## O R D E R

Appellant's combined Motion to Abate Appeal with Remand for Findings of Fact and Conclusions of Law and First Motion for Extension of Time to File Appellant's Brief was filed on September 9, 2015.

Because the trial court has now provided findings of fact and conclusions of law, appellant's motion to abate is dismissed as moot.

Appellant's motion for extension of time to file his brief is granted. Appellant's brief is due October 19, 2015.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed as moot
Motion granted
Order issued and filed October 8, 2015

